THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING
TO FEDERAL AND/OR LOCAL RULES AND PRACTICES
AND IS SUBJECT TO REJECTION BY THE COURT.

REFERENCE CJVLR 5.4
(Rule Number/Section)

Tracee Croomes
PO Box 11412
Tempe, AZ 85284

FILED ___ LODGED
___ RECEIVED ___ COPY
APR 1 2 2012
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ P DEPUTY

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| TRACEE CROOMES,<br><br>Plaintiff,<br><br>v.<br><br>STREAM GLOBAL SERVICES – AZ, INC.,<br><br>Defendant. | No. CV 11-0141-PHX-JAT<br><br>**PLAINTIFF'S RESPONSE TO ODER (DOCUMENT #51)** |

When I filed Chapter 13 in 2009, I did not have my "right to sue" letter from the EEOC until August 09, 2010. During the conversation I provided full disclosure with my bankruptcy attorney at the time, he stated that the complaint against Stream Global Services with the EEOC had no value, because it was a mere complaint at that time and therefore did not need to be included in the Schedules as an asset, because it had no value and he did not see it as a claim.

During "the meeting of creditors" with Trustee William Manera, I did misread the statement, 'Do you have any pending personal injury or class action claims for which litigation has not begun'? I read the statement as "Do you have any pending personal injury or class action claims for which litigation has begun?, which is a typical mistake in these types of questions, that is why I answered "Yes". The "<u>has **NOT**</u>" should have been

capitalized and in bold print to avoid this mistake. The lawsuit against Stream is public knowledge and why would I conceal information that is publicly displayed and "the discrimination claim is part of the bankruptcy estate, whether or not the claim is properly disclosed to the Bankruptcy Court" (Document #51). Question #4, asked, "Have you been a plaintiff in any personal injury litigation in the past 3 years?" and here I answered 'Yes'.

Plaintiff is respectfully requests that the Court to let this procedure move forward.

Dated this 11th day of April 2012.

Tracee Croomes
PO Box 11412
Tempe, AZ 85284

*[signature]*

ORIGINAL of the foregoing mailed this
11th day of April 2012 to:

FARHANG & MEDCOFF, PLLC
4201 N. 24th Street, Suite 150
Phoenix, AZ 85016

*[signature]*

# EXHIBIT "A"

Case 2:11-cv-00141-JAT   Document 56   Filed 04/12/12   Page 4 of 6

11 3 @
8:15am
09 24328

# Debtor Questionnaire

Please answer each question below, sign, and date the form, insert your case number and return to my office by the date indicated on the instruction letter.

|  | Yes | No |
|---|---|---|
| 1. I acknowledge my requirement to turn over my 2010 tax refunds if received <u>after I filed</u> bankruptcy? | ✗ |  |
| 2. Are you presently married? |  | ✗ |
| 2a) Is your spouse filing bankruptcy with you? |  |  |
| 3. Have you been divorced in the past 2 years? If yes, please send a copy of your divorce decree including the property settlement documentation. |  | ✗ |
| 4. Have you been a plaintiff in any personal injury litigation in the past 3 years? | ✗ |  |
| 5. Do you have any pending personal injury or class action claims for which litigation has not begun? (Submit all documentation if yes) DISCRIMINATION SUIT | ✗ |  |
| 6. Are you the beneficiary of any estates or trusts? |  | ✗ |
| 7. Have you transferred any money to an attorney trust account during the past 12 months? |  | ✗ |
| 8. Is there any real estate in your name other than your residence? If yes please send a copy of the deed (this includes timeshare interest). |  | ✗ |
| 9. Have you given/sold any assets to family members during the past 12 months? 9a) If so, What? Attach information. |  | ✗ |
| 10. Have you purchased a licensed vehicle/boat/atv within the last 12 months? If yes list vehicle and date of purchase. |  | ✗ |

_____   _____
Vehicle                                          Date Purchased

11. Have you ever filed bankruptcy in the past?               ✗

If yes a) case number _____, b) date filed _____,

c) City where filed _____

_Signature_
**Debtor's Signature**            **Joint Debtor's Signature**

Hprocosults@yahoo.com            (602)714-6832
**Email Address**                **Day-Time Telephone Number**

10/20/11                         209 24328
**Date**                         **Case Number**

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Phoenix District Office**

3300 N. Central Avenue, Suite 690
Phoenix, AZ 85012-2504
Intake Information Group: (800) 669-4000
Intake Information Group TTY: (800) 669-6820
Phoenix Status Line: (602) 640-5000
TTY (602) 640-5072
FAX (602) 640-5071

Tracee Croomes
P.O. Box 11412
Tempe, AZ 85284

Subject: Dismissal of Charge

Charge Number: 846-2009-43277

Dear Ms. Croomes:

We have completed a preliminary review of your case. At this time, the information in the file does not indicate that any further investigation of your case would necessarily result in any finding of discrimination. The evidence indicated that you and five others were terminated for violating the Training Attendance Expectations in your training class. The comparative data indicates that the others include, a African-American female, two African-American males and two White males. Consequently, we have decided that the Equal Employment Opportunity Commission (EEOC) will not investigate this case any further. This letter, and the enclosed documents, will dismiss your case and no further action will be taken by the EEOC.

This dismissal is not a statement on the merits of your case. You still have rights under Federal law to privately pursue this matter in Federal Court. We have enclosed a Dismissal and Notice of Right to Sue form with this letter. This form will explain your rights. Please note that *you have only 90 days from the date that delivery of the Notice was <u>attempted</u> at your last known address of record or 90 days of receipt of the Notice, whichever is earlier, to file suit in Federal Court, or you will lose your right to file a lawsuit against the respondent named in your charge.*

If you have any questions, please feel free to contact me at (602) 640-5055.

Sincerely,

AUG 0 9 2010
_____
Date
Enclosure

David B. Rucker
Supervisory Investigator