Tracee Croomes
PO Box 11412
Tempe, AZ 85284



IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| TRACEE CROOMES,<br><br>    Plaintiff,<br><br>v.<br><br>STREAM GLOBAL SERVICES – AZ, INC.,<br><br>    Defendant. | No. CV 11-0141-PHX-JAT<br><br>**PLAINTIFF'S REQUEST TO JUDGE FOR EXTENSION FOR ORDER (DOCUMENT #51)** |

Plaintiff is requesting extension to allow Trustee's to intervene on behalf of the Order (Document #51) regarding U.S. Bankruptcy Court, District of Arizona, No. 09-BK-24328-CGC. Plaintiff spoke to Trustee William Manera regarding lawsuit with Stream since Defendants' interrogations regarding bankruptcy case No. 09-BK-24328-CGC. and Mr. Manera said he had to look up more information and would be calling Plaintiff back.

Dated this 10th day of April 2012.

Tracee Croomes
PO Box 11412
Tempe, AZ 85284

ORIGINAL of the foregoing mailed this
10 day of April, 2012 to:

FARHANG & MEDCOFF, PLLC
4201 N. 24th Street, Suite 150
Phoenix, AZ 85016