IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Tracee Croomes, | ) No. CV 11-0141-PHX-JAT |
|      Plaintiff, | ) **ORDER** |
| vs. | ) |
| Stream Global Services - AZ, Inc., | ) |
|      Defendant. | ) |

Pending before the Court is Plaintiff's Motion for Extension of Time (Doc. 58). Based on Plaintiff's representations to this Court,

**IT IS ORDERED** that Plaintiff's Motion for Extension of Time (Doc. 58) is granted. The Trustee shall have an additional 15 days to intervene in this action.  If the Trustee does not move to intervene within 15 days of the filing of this Order in Bankruptcy case No. 09-BK-24328-CGC, the Clerk of the Court shall dismiss this case and enter judgment for Defendants accordingly.  The Court will order no further extensions unless the Trustee personally requests an extension.

**IT IS FURTHER ORDERED**  that the Clerk of the Court shall cause a copy of this Order to be filed in the U.S. Bankruptcy Court, District of Arizona, No. 09-BK-24328-CGC.

///

//

/

1    **IT IS FINALLY ORDERED** that, to the extent that Plaintiff intended her Response

2    (Doc. 56) to this Court's March 29, 2012 Order to be a Motion for Reconsideration, any such

3    Motion for Reconsideration is denied.   Plaintiff failed to make any showing that

4    reconsideration is appropriate in this case.

5    DATED this 17th day of April, 2012.

6

7

8    _____
     James A. Teilborg
     United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28