# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

|  |  |
|---|---|
| Tracee Croomes, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Stream Global Services-AZ Inc., et al,)<br>)<br>Defendants, )<br>) | **JUDGMENT IN A CIVIL CASE**<br><br>CIV 11-0141-PHX-JAT |

\_\_\_  **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

_XX_  **Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

   IT IS ORDERED AND ADJUDGED  that pursuant to the Court's Order of April 17, 2012, and a Motion to Intervene not having been filed in the Bankruptcy proceedings, this action is dismissed, judgment is hereby entered in favor of Defendants. Plaintiff shall take nothing by way of the Complaint. The Complaint and this action are hereby dismissed.

|  |  |
|---|---|
|    May    8,    2012<br>Date | BRIAN   D.   KARTH<br>DCE/Clerk of Court<br><br>.   s/   Ruth E. Williams<br>By     Ruth E. Williams<br>          Deputy Clerk |