THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.

Tracee Croomes
PO Box 11412
Tempe, AZ 85284

REFERENCE  5.4
(Rule Number/Section)

☑ FILED  ___ LODGED
___ RECEIVED  ___ COPY

MAY - 9 2012

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ Z DEPUTY

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| TRACEE CROOMES,<br><br>Plaintiff,<br><br>v.<br><br>STREAM GLOBAL SERVICES – AZ, INC.,<br><br>Defendant. | No. CV 11-0141-PHX-JAT<br><br>**PLAINTIFF'S OFFER TO DEFENDANT FOR OVERALL SOLUTION** |

I was treated unfairly and was discriminated against because of my race and gender in violation of the Title VII of the Civil Rights Act of 1964, as amended. I am suing for $150,000 in damages.

As an overall solution of this matter, Plaintiff's will accept $139,500.

Dated this 7th day of May 2012.

                                                Tracee Croomes
                                                PO Box 11412
                                                Tempe, AZ 85284

ORIGINAL of the foregoing mailed this
7th day of May, 2012 to:

FARHANG & MEDCOFF, PLLC
4201 N. 24th Street, Suite 150
Phoenix, AZ 85016